UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ROY D. MORAGA,

        Plaintiff,

  v.

DR. ALLEY, et al.

        Defendants.

Case No. 3:19-CV-0635-MMD-CLB

**ORDER**

Plaintiff's motion to preserve evidence (ECF No. 9) is **GRANTED in part** and **DENIED in part**. To the extent that there exists videotape of plaintiff in the infirmary at the Northern Nevada Correctional Center ("NNCC") on January 17, 2019, that videotape shall be preserved as potential evidence in this case should this case proceed beyond screening. Plaintiff's request that the court order an admission that Dr. Alley hit plaintiff if the videotape is damaged, misplaced, or lost is **DENIED**.

The Clerk is ordered to serve a copy of this order upon the Office of the Attorney General who in turn shall serve a copy on NNCC within three business days. The Office of the Attorney General shall file proof of such service with the court.

IT IS SO ORDERED.

DATED: December 11, 2020.

_____
UNITED STATES MAGISTRATE JUDGE